UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ACCESS FOR THE DISABLED, INC.,
a Florida not-for-profit corporation, and
PATRICIA KENNEDY, Individually,

Case No. 8:11-cv-2159-T-27TGW

       Plaintiffs,

vs.

ACHUTAM, INC.,
A Florida Corporation,
       Defendant.
_____/

## FINAL ORDER DISMISSING CASE

THIS CAUSE came before the Court on the Stipulation For Dismissal of the Case, and the Court having reviewed the pleadings and papers filed in this cause, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

1. The above-styled cause be and the same is hereby DISMISSED with prejudice;
2. To the extent not otherwise disposed of herein, all pending motions are hereby DENIED or moot and the case is closed.

DONE AND ORDERED in Chambers at, TAMPA, this 12th day of September, 2012.

UNITED STATES DISTRICT JUDGE